BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SEARCHES OF:**<br><br>1. 2424 PROFESSIONAL DRIVE, ROSEVILLE, CA 95661<br><br>2. 7915 SHELBORNE DRIVE, GRANITE, CA 95746<br><br>3. LAWRENCE LELAND "LEE" LOOMIS<br><br>**IN RE: SEIZURES OF:**<br><br>1. WASHINGTON MUTUAL BANK ACCOUNT #4420842802<br><br>2. WASHINGTON MUTUAL BANK ACCOUNT #4412174338 | CR CASE NOS. S-08-SW-361 DAD<br>S-08-SW-362 DAD<br>CIV CASE NOS. S-08-SW-363 DAD<br>S-08-SW-364 DAD<br><br>[PROPOSED] ORDER TO UNSEAL AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS |

Upon request of the United States of America and good cause having been shown,

///

///

///

///

///

///

[PROPOSED] ORDER TO UNSEAL AFFIDAVIT

1

|   |   |
|---|---|
| 1 | |
| 2 | IT IS HEREBY ORDERED that the Affidavit of FBI Special Agent Kathleen Nicolls in support |
| 3 | thereof in the above-captioned proceedings be and are hereby unsealed. |
| 4 | |
| 5 | Date: February 8, 2013 |
| 6 | |

*[signature]*
EDMUND F. BRENNAN
United States Magistrate Judge